## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- YORK, CHRISTOPHER      IP04-CR-0016-01-B/R

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 01/29/2004 | 05/13/2004 | Felony | 2 | 03-0411M-02 | BARKER | LARUE |

USA
plaintiff

**SUSAN DOWD**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

V.
YORK, CHRISTOPHER
defendant

**JAMES C MCKINLEY**
FEDERAL COMMUNITY DEFENDERS OFFICE
111 MONUMENT CIRCLE SUITE 752
INDIANAPOLIS, IN 46204
(317)383-3520

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 AND 3 | ARMED BANK ROBBERY |
| 2 | 2 | USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE |

| DATE | PROCEEDINGS |
|---|---|
| 12/19/2003 | COMPLAINT & AFFIDAVIT approved and signed by U S Mag Judge Foster eod 12/19/03 [SWM] |
| 12/19/2003 | WARRANT ISSUED by U S Mag Judge Foster eod 12/19/03 [SWM] |
| 01/08/2004 | MOTION for pretrial detention hearing c/s USA eod 01/09/04 [CBU] |
| 01/08/2004 | COURTROOM MINUTES of a hearing held before Magistrate Foster eod 01/09/04 [CBU] |
| 01/08/2004 | DEFT APPEARS IN PERSON AND w/FCD Jim McKinley eod 01/09/04 [CBU] |
| 01/08/2004 | INITIAL APPEARANCE ON COMPLAINT eod 01/09/04 [CBU] |
| 01/08/2004 | APPEARANCE FOR THE USA BY AUSA Susan Dowd eod 01/09/04 [CBU] |
| 01/08/2004 | USPO Represented by Thomas Parker eod 01/09/04 [CBU] |
| 01/08/2004 | CHARGES & RIGHTS and penalties were read and explained. Govts motion for pretrial detention is granted. eod 01/09/04 [CBU] |
| 01/08/2004 | COURTROOM MINUTES ASSIGNS HEARING to 01/13/04 at 09:30AM Room 243 (KPF) c/m (probable cause and detention) eod 01/09/04 [CBU] |

01/08/2004  DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the Court eod 01/09/04 [CBU]

01/08/2004  USM RETURN arrest executed on 1/8/04 eod 01/09/04 [CBU]

01/12/2004  Waiver of hearing and Consent to detention c/s DEFT eod 01/12/04 [CBU]

01/12/2004  Waiver of prel hearing DEFT eod 01/12/04 [CBU]

01/29/2004  INFORMATION FILED FELONY eod 01/29/04 [MAC]

01/29/2004  CRIM INFO SHEET eod 01/29/04 [MAC]

01/29/2004  PRAECIPE for Warrant eod 01/29/04 [MAC]

01/29/2004  PETITION TO ENTER A PLEA OF GUILTY - DEFT York eod 01/29/04 [MAC]

01/29/2004  PLEA AGREEMENT - JOINT Parties eod 01/29/04 [MAC]

01/29/2004  WARRANT ISSUED eod 01/29/04 [MAC]

02/02/2004  COURTROOM MINUTES of a hearing held before Magistrate Foster eod 02/03/04 [CBU]

02/02/2004  DEFT APPEARS IN PERSON AND w/FCD Jim McKinley eod 02/03/04 [CBU]

02/02/2004  INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 02/03/04 [CBU]

02/02/2004  APPEARANCE FOR THE USA BY AUSA Susan Dowd eod 02/03/04 [CBU]

02/02/2004  USPO Represented by Thomas Parker eod 02/03/04 [CBU]

02/02/2004  CHARGES & RIGHTS and penalties were read and explained. Deft signed waiver of Indictment in open court. Information Plea and petition are ordered refiled this date. Deft waived formal arraignment. eod 02/03/04 [CBU]

02/02/2004  DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the Court eod 02/03/04 [CBU]

02/02/2004  WAIVER OF INDICTMENT signed by the deft with counsel and before Magistrate Foster eod 02/03/04 [CBU]

02/03/2004  USM RETURN - Warrant executed on 2/2/04 eod 02/03/04 [MAC]

04/09/2004  ENTRY ASSIGNS GLTY PLEA HRG to 05/07/04 at 10:00AM Room 216 (SEB) c/m eod 04/09/04 [MAC]

04/09/2004  ENTRY ASSIGNS SENTENCING DATE to 05/07/04 at 10:00AM Room 216 (SEB) c/m eod 04/09/04 [MAC]

05/04/2004  ENTRY VACATES GLTY PLEA HRG of 05/07/04 at 10:00AM Room 216 (SEB) c/m eod 05/06/04 [MAC]

| Date | Entry |
|---|---|
| 05/04/2004 | ENTRY VACATES SENTENCING DATE of 05/07/04 at 10:00AM Room 216 (SEB) c/m eod 05/06/04 [MAC] |
| 05/04/2004 | ENTRY REASSIGNS GLTY PLEA HRG to 05/07/04 at 03:00PM Room 216 (SEB) c/m eod 05/06/04 [MAC] |
| 05/04/2004 | ENTRY REASSIGNS SENTENCING DATE to 05/07/04 at 03:00PM Room 216 (SEB) c/m eod 05/06/04 [MAC] |
| 05/07/2004 | COURTROOM MINUTES - Guilty Plea and Sentencing Hearing; eod 05/10/04 [MAC] |
| 05/07/2004 | APPEARANCE FOR THE USA BY AUSA S. Dowd eod 05/10/04 [MAC] |
| 05/07/2004 | DEFT APPEARS IN PERSON AND with FCD J. McKinley eod 05/10/04 [MAC] |
| 05/07/2004 | USPO Represented by G. Thompson eod 05/10/04 [MAC] |
| 05/07/2004 | COURT REPORTER F. Pratt eod 05/10/04 [MAC] |
| 05/07/2004 | COURT FINDS factual basis for plea and plea voluntarily made. eod 05/10/04 [MAC] |
| 05/07/2004 | COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 05/10/04 [MAC] |
| 05/07/2004 | SENTENCING HELD eod 05/10/04 [MAC] |
| 05/12/2004 | JUDGMENT ENTERED - Deft Pled Guilty to: Counts 1 and 3 - 18:2113 Armed Bank Robbery and Count 2 - 18:924 Use of a Firearm in the Commission of a Federal Felony Offense. IMPRISONMENT: 300 months, Count 1 and 3 - 216 months, Count 2 - 84 months, consecutive. RECOMMENDATION: Deft be housed in a facility where substance abuse treatment is available and be housed at USP, Terre Haute, IN. SUPERVISED RELEASE: 5 years. Standard & Special conditions of Supervision - See Judgment. ASSESSMENT: $300.00. RESTITUTION: $8,710.00. (see judgment for payee information). SCHEDULE OF PAYMENTS: S.A. Fee due immediately. Deft remanded to the custody of the U.S. Marshal. cm SEB OBV 38 PG 129 eod 05/13/04 [MAC] |
| 05/14/2004 | MOTION for Preliminary Order of Forfeiture c/s - PLTF USA eod 05/14/04 [MAC] |
| 05/14/2004 | ORDER of Preliminary Order of Forfeiture. (S.O.) cm SEB eod 05/17/04 [MAC] |
| 06/06/2016 | REASSIGNED from Mag FOSTER to Mag LARUE (dis) eod 06/06/16 [MEB] |
| 06/16/2016 | ***CASE ADMINISTRATIVELY MOVED TO THE COURT'S CM/ECF SYSTEM UNDER THE SAME CAUSE NUMBER. NO FURTHER ENTRIES SHALL BE MADE IN JAMS.*** eod 06/16/16 [MAC] |

**USDC Southern Indiana -JAMS data-**